IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BOLIVER STUART TAYLOR, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:18-cv-1364-N (BT) |
| ) | |
| DEANNA FLETCHER and RELIABLE ) | |
| INSURANCE COMPANY, ) | |
|     Defendants. ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The Plaintiff's Second Motion for Appointment of counsel filed August 22, 2018, is denied for the same reasons previously stated.

Signed this 31st day of August, 2018.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE